JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW M. SCOBLE (CSBN 124940)
NICOLE KIM (NYBN 4435806)
Assistant United States Attorney

　　450 Golden Gate Ave.
　　San Francisco, California  94102
　　Telephone:  (415) 436-7249
　　Fax:  (415) 436-6982
　　E-Mail:    andrew.scoble@usdoj.gov
　　　　　　　nicole.kim@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>　　　　Plaintiff,                     )<br>                                        )<br>     v.                                 )<br>                                        )<br>EDWIN TOY,                              )<br>                                        )<br>　　　　Defendant.                     )<br>_____) | No.: CR 06-0428 SI<br>No.: CR 05-0375 SI<br>No.: CR 06-0426 SI<br><br>STIPULATION  CONTINUING<br>HEARING; AND [PROPOSED] ORDER |

## STIPULATION

The parties, through undersigned counsel, STIPULATE that the hearing for change of plea in the above-described cases, which is currently set for January 18, 2008, may – with the Court's concurrence – be continued to February 29, 2008 at 11:00 a.m.  The parties request this continuance because they have not yet agreed upon all the terms for the written plea agreement, including (1) the precise counts to which the defendant will enter guilty pleas and which will be

STIPULATION; ORDER                          1

dismissed in the remaining case(s); (2) the government's requirement that the defendant enter a plea to a charge of structuring deposits; and (3) the amounts and bases of criminal forfeiture. The government has had to conduct further analysis of records of the defendant's business, to determine funds for potential forfeiture and the legal bases therefor. Unfortunately, this process is not yet complete. However, the parties represent that they are working on the written plea agreement and anticipate that the change of plea can go forward on the proposed new date.

Dated: 1/11/08      JOSEPH P. RUSSONIELLO
                    United States Attorney

                         /s/
                    ANDREW M. SCOBLE
                    NICOLE KIM
                    Assistant United States Attorneys

Dated: 1/11/08           /s/
                    DENNIS ROBERTS
                    Attorney for Defendant

Dated: 1/11/08           /s/
                    GAIL SHIFMAN
                    Attorney for Defendant

[PROPOSED] ORDER

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:

1. The change of plea in the above-described cases is continued to Friday, February 29, 2008 at 11:00 a.m.

Dated:                   *Susan Illston*
                    HON. SUSAN ILLSTON
                    United States District Judge

STIPULATION; ORDER                    2